# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BELINDA SAAVEDRA, *et al.*,

    Plaintiffs,

vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*,

    Defendants.

Case No. 2:11-cv-00613-RLH-GWF

**ORDER**

This matter came before the Court for hearing on Plaintiffs' counsel Vicki Greco's Motion to Withdraw as Attorney of Record (#13), filed July 8, 2011. Defendants filed a Notice of Non-Opposition (#14) on July 13, 2011.

Pursuant to this Court's Local Rules, "[n]o attorney may withdraw after appearing in a case except by leave of court after notice served on the affected client and opposing counsel." LR IA 10-6(b). The rule provides further that withdrawal "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in the case." LR IA 10-6(d). Absent good cause, "no withdrawal ... shall be approved if delay of discovery, the trial or any hearing in the case would result." LR IA 10-6(e). "Where delay would result, the papers seeking leave of court for the withdrawal ... must request specific relief from the scheduled trial or hearing." *Id*.

Notice of this motion was served on the affected client and opposing counsel. Opposing counsel does not oppose the motion and the affected client did not file an opposition and the time for opposition has now expired. Consequently, the Court finds there is good cause to grant the requested relief. The Court will also extend the stay in this matter in order to permit Plaintiffs to obtain new counsel to represent them in this matter. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' counsel Vicki Greco's Motion to Withdraw as Attorney of Record (#13) is **granted**. Plaintiffs' counsel shall serve a copy of this order as well as the docket sheet in this matter via certified mail on each affected client and shall file a certificate of service with the Court on or before **August 5, 2011**. Plaintiffs' counsel is further instructed to file notice with the Court of each affected client's last known address.

**IT IS FURTHER ORDERED** that the stay entered in this matter on May 9, 2011 shall remain in effect until **August 25, 2011**.

**IT IS FURTHER ORDERED** that a Status Conference is set for **Monday, August, 22, 2011, at 9:30 a.m. in LV Courtroom 3A**. Plaintiffs, either personally or through new counsel, must appear at the scheduled Status Conference.

DATED this 22nd day of July, 2011.

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**