1

2

3

4 **UNITED STATES DISTRICT COURT**

5 **DISTRICT OF NEVADA**

6 **\* \* \***

7 BELINDA SAAVEDRA, ADRIANNA )
SAAVEDRA, ANTHONY SAAVEDRA, )
8 EMMANUEL DOZIER, DAMIAN DOZIER, )
)
9                              Plaintiff(s),  )    Case No. 2:11-cv-613-RLH-GWF
)
10        vs.                             )         **O R D E R**
)              (Motion to Dismiss–#6)
11 LAS VEGAS METROPOLITAN POLICE )
DEPARTMENT, a political subdivision of the state )
12 of NEVADA; Police Chief RICHARD PERKINS, )
Acting Sheriff DOUGLAS C. GILLESPIE, Metro )
13 S.W.A.T Sgt. JAMES CAUSEY, Police Officers )
SEAN MALIA, CHUCK COLLINGWOOD, )
14 JOE EMERY, PAT LEDBETTER, MARK )
LINEBARGER, RICHARD GAY, MARK )
15 FOWLER, BOB MONTES, BRIAN PETERSON, )
PAUL COBB, DOUG ERICSSON, POLICE )
16 OFFICERS JOHN DOES and POLICE OFFICERS )
 JANE DOES, )
17                                       )
                             Defendant(s).  )
18 _____ )

19        The Court having considered Defendant Sheriff Douglas C. Gillespie's Motion to

20 Dismiss (#6, filed April 29, 2011), and Plaintiffs' Statement of Non-Opposition (#25, filed October

21 17, 2011), and good cause appearing,

22        IT IS HEREBY ORDERED that Defendant Sheriff Douglas C. Gillespie's Motion to

23 Dismiss (#6) is GRANTED, and Sheriff Douglas C. Gillespie is dismissed from this case.

24        Dated: October 25, 2011.

25

26
                                          _____
                                          **Roger L. Hunt**
                                          **United States District Judge**