# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

BELINDA SAAVEDRA, ADRIANNA SAAVEDRA, ANTHONY SAAVEDRA, EMMANUEL DOZIER, DAMIAN DOZIER,

    Plaintiff(s),

vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the state of NEVADA; Police Chief RICHARD PERKINS, Acting Sheriff DOUGLAS C. GILLESPIE, Metro S.W.A.T Sgt. JAMES CAUSEY, Police Officers SEAN MALIA, CHUCK COLLINGWOOD, JOE EMERY, PAT LEDBETTER, MARK LINEBARGER, RICHARD GAY, MARK FOWLER, BOB MONTES, BRIAN PETERSON, PAUL COBB, DOUG ERICSSON, POLICE OFFICERS JOHN DOES and POLICE OFFICERS JANE DOES,

    Defendant(s).

Case No. 2:11-cv-613-RLH-GWF

**O R D E R**
(Motion to Dismiss–#6)

    The Court having considered Defendant Sheriff Douglas C. Gillespie's Motion to Dismiss (#6, filed April 29, 2011), and Plaintiffs' Statement of Non-Opposition (#25, filed October 17, 2011), and good cause appearing,

    IT IS HEREBY ORDERED that Defendant Sheriff Douglas C. Gillespie's Motion to Dismiss (#6) is GRANTED, and Sheriff Douglas C. Gillespie is dismissed from this case.

    Dated: October 25, 2011.

_____
Roger L. Hunt
United States District Judge