# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BELINDA SAAVEDRA, *et al.*, | |
|     Plaintiffs, | Case No. 2:11-cv-00613-RLH-GWF |
| vs. | **ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*, | Motion for Order to Release Child Protective Services Records (#44) |
|     Defendants. | |

This matter comes before the Court on Defendants' Motion for Order to Release Child Protective Services Records (#44), filed on May 30, 2012. Defendants request the Court issue an order authorizing Child Protective Services (CPS) to release all records relating to Adrianna Saavedra, Anthony Saavedra, Damian Dozier, Belinda Saavedra and Emmanuel Dozier. Defendants claim the records are relevant to the issues in this case. Defendants have previously requested the records, but CPS refused to produce them in light of their confidential nature. CPS informed counsel that a Court order is required for production of any records.

Plaintiffs failed to file an opposition to this motion and the time for response has now expired. Pursuant to LR 7-2(d), failure of an opposing party to file a response shall constitute a consent to the granting the motion. The Court finds the information contained in the CPS records may be relevant to the issues in this case. The Court will therefore grant Defendants' request and order the production of the CPS records. Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion for Order to Release Child Protective Services Records (#44) is **granted** subject to the following:

. . .

. . .

1) The CPS records shall be used solely for the limited purpose of prosecuting, defending, attempting to settle, or settling this action;

2) The CPS records shall not be disclosed to any third party other than those assisting with the prosecution or defense of this action; and

3) In the event any portion of the CPS record is filed with the Court in connection with any non-dispositive motion, those portions of the CPS record shall be filed with the Court under seal.

DATED this 25th day of June, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge