**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BELINDA SAAVEDRA, *et al.*, ) | |
|     Plaintiffs, ) | Case No.  2:11-cv-00613-MMD-GWF |
| vs. ) | **ORDER** |
| LAS VEGAS METROPOLITAN POLICE ) DEPARTMENT, *et al.*, ) | Motion to Compel (#48) |
|     Defendants. ) | |

This matter comes before the Court on Defendants's Motion to Compel (#48), filed on June 29, 2012.  Plaintiffs failed to file an opposition to this motion and the time for response has now expired.  Defendants request the Court compel Plaintiffs to respond to their requests for production and interrogatories.  Defendants argue that this discovery was served over two and a half months ago and Plaintiffs have failed to make any effort to communicate with Defendants or respond to the discovery requests.  Pursuant to LR 7-2(d), failure of an opposing party to file a response to any motion shall constitute consent to granting that motion.  The Court will therefore grant Defendants' motion and order Plaintiffs to respond to Defendants' discovery requests within 14 days from the date of this order.  The Court will further sanction Plaintiffs for their failure to participate in discovery and award Defendants their reasonable attorney's fees and costs incurred in having to bring this motion.  Accordingly,

**IT IS HEREBY ORDERED** that Defendants's Motion to Compel (#48) is **granted**. Plaintiffs shall have until **Tuesday, August 7, 2012** to respond to Defendants' request for production and interrogatories.

. . .

. . .

**IT IS FURTHER ORDERED** that Defendants shall be awarded their reasonable attorneys fees and costs incurred in bringing this Motion to Compel.

1) Counsel for Defendants shall, no later than 15 days from entry of this order, serve and file a memorandum, supported by the affidavit of counsel, establishing the amount of attorney's fees and costs incurred in the motions addressed in this order.  The memorandum shall provide a reasonable itemization and description of the work performed, identify the attorney(s) or other staff member(s) performing the work, the customary fee of the attorney(s) or staff member(s) for such work, and the experience, reputation and ability of the attorney performing the work.  The attorney's affidavit shall authenticate the information contained in the memorandum, provide a statement that the bill has been reviewed and edited, and a statement that the fees and costs charged are reasonable.

(2) Plaintiffs shall have 15 days from service of the memorandum of costs and attorney's fees in which to file a responsive memorandum addressing the reasonableness of the costs and fees sought, and any equitable considerations deemed appropriate for the court to consider in determining the amount of costs and fees which should be awarded.

(3) Counsel for Defendants shall have 11 days from service of the responsive memorandum in which to file a reply.

DATED this 24th day of July, 2012.

_George Foley Jr._
GEORGE FOLEY, JR.
United States Magistrate Judge